■ In the Matter of MICHELE L. WEINSTAT, a Disbarred Attorney. [597 NYS2d 599] —Application for reinstatement granted to the extent of referring the matter to the Departmental Disciplinary Committee for a hearing as indicated in the order of this Court. Concur—Sullivan, J. P., Milonas, Wallach, Kupferman and Ross, JJ.